UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>  c/o United States<br>  Attorney's Office,<br>  District of Columbia,<br>  555 4th Street, N.W.,<br>  Washington, D.C. 20530,<br><br>       Plaintiff,<br><br>  v.<br><br>RUTH J. GANTT,<br>  818 K Street, N.E.<br>  Washington, D.C.,<br><br>       Defendant. | Civil Action No. _____ |

## COMPLAINT

Plaintiff, the United States of America, by its attorneys, sues the defendant, Ruth J. Gantt, and states:

1. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1345.

2. Venue is proper in this Court in that the automobile accident that is the subject of this action occurred in the District of Columbia.

3. On August 7, 2001, in a public highway at the intersection of 6th Street and K Street in the District of Columbia, defendant negligently drove a motor vehicle against a motor vehicle owned by plaintiff and being operated by a Deputy United States Marshal.

4. The resulting collision caused damage to plaintiff's

vehicle.

    Wherefore, plaintiff demands judgment against defendant in the sum of $3,809.33 and costs.

                                      Respectfully submitted,

                                      KENNETH L. WAINSTEIN, DC Bar#451058
                                      United States Attorney

                                      RUDOLPH CONTRERAS, D.C. Bar#434122
                                      Assistant United States Attorney
                                                /s/
                                      FRED E. HAYNES, DC Bar #165654
                                      Assistant United States Attorney
                                      555 4th Street, N.W., Room E-4110
                                      Washington, D.C. 20530
                                      (202) 514-7201