```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>  c/o United States<br>  Attorney's Office,<br>  District of Columbia,<br>  555 4th Street, N.W.,<br>  Washington, D.C. 20530,<br><br>        Plaintiff,<br><br>   v.<br><br>RUTH J. GANTT,<br>  818 K Street, N.E.<br>  Washington, D.C.,<br><br>        Defendant. | Civil Action No. 06-1361 CKK |

AMENDED COMPLAINT[1]

Plaintiff, the United States of America, by its attorneys, sues the defendant, Ruth J. Gantt, and states:

1. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1345.

2. Venue is proper in this Court in that the automobile accident that is the subject of this action occurred in the District of Columbia.

3. On August 22, 2003, in a public highway at the intersection of 6th Street and K Street in the District of Columbia, defendant negligently drove a motor vehicle against a

---

[1] This amended complaint is filed to correct an error in the date given in the original complaint for the day of the accident. The accident occurred on August 22, 2003, not August 7, 2001.

motor vehicle owned by plaintiff and being operated by a Deputy United States Marshal.

    4.   The resulting collision caused damage to plaintiff's vehicle.

    Wherefore, plaintiff demands judgment against defendant in the sum of $3,809.33 and costs.

                               Respectfully submitted,

                               JEFFREY A. TAYLOR, D.C. Bar#498610
                               United States Attorney

                               RUDOLPH CONTRERAS, D.C. Bar#434122
                               Assistant United States Attorney
                                        /s/
                               FRED E. HAYNES, DC Bar #165654
                               Assistant United States Attorney
                               555 4th Street, N.W., Room E-4110
                               Washington, D.C. 20530
                               (202) 514-7201