UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff<br><br>v.<br><br>RUTH J. GANTT<br><br>　　　　Defendant | Case No. **106cv-01361**<br>Judge: Colleen Kollar-Kotelly |

### ANSWER TO AMENDED COMPLAINT

COMES NOW Defendant Ruth J. Gantt, by and through the undersigned counsel, and hereby answers the Amended Complaint filed herein as follows:

### FIRST DEFENSE

The Amended Complaint should be dismissed for insufficiency of service of process.

### SECOND DEFENSE

The causes of actions asserted by the Plaintiff did not accrue within the applicable statute of limitations.

### THIRD DEFENSE

The Court lacks personal jurisdiction over this Defendant.

### FOURTH DEFENSE

The Amended Complaint fails to state a claim upon which relief may be granted.

### FIFTH DEFENSE

The collision complained of and the resulting damages, if any, were the result of the sole and/or contributory negligence of the Plaintiff.

### SIXTH DEFENSE

This Defendant denies that the Plaintiff has properly served the Summons and

Amended Complaint upon this Defendant.

1. Defendant denies that this Court has jurisdiction over this defendant. Defendant denies that the statutory threshold has been met by the claims in this case.

2. Defendant denies the allegations contained in Paragraph 3 of the Amended Complaint.

3. Defendant denies the allegations contained in Paragraph 4 of the Amended Complaint.

WHEREFORE Defendant respectfully requests:

1. That the Court dismiss Plaintiff's Amended Complaint with prejudice, all costs paid by Plaintiff; and

2. That the Court grant such other and further relief as it deems just and proper.

Respectfully submitted,

/s/_____
Judd A. Rafey
D.C. Bar No. 441785
Counsel for Defendant
962 Wayne Avenue
Suite 200
Silver Spring, MD  20910
(301) 587-9626

## JURY DEMAND

Defendant respectfully requests a jury trial.

/s/_____
Judd A. Rafey
Counsel for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of November, 2006, a copy of the foregoing Answer to Amended Complaint and Demand for Jury Trial was electronically mailed, to:

Kenneth L. Wainstein, Esq.
555 4th Street, N,W.
RM. E-4110
Washington, DC  20530

/s/_____
Judd A. Rafey
Counsel for Defendant