U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

United States of America

vs.

Ruth J. Gantt

No. 1:06CV01361

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, AMBIKO GUICE, having been duly authorized to make service of the Summons and Amended Complaint in the above entitled case, hereby depose and say:

That my date of birth / age is 11-03-1974.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 8:06 am on November 10, 2006, I served Ruth J. Gantt at 818 K Street, NE, Washington, DC 20002 by serving Ruth J. Gantt, personally. Described herein:

```
SEX-     FEMALE
AGE-     44
HEIGHT-  5'6"
HAIR-    BLACK
WEIGHT-  140
RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  11-10-06
             Date

AMBIKO GUICE
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 179390