UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
                                  )
UNITED STATES OF AMERICA,         )
                                  )
           Plaintiff,             )
                                  )
     v.                           )
                                  )   Civil Action No. 06-1361 CKK
                                  )
RUTH J. GANTT,                    )
                                  )
           Defendant.             )
                                  )
```

PARTIES' REPORT TO THE COURT AND DISCOVERY PLAN

This case involves an automobile accident.  The amended compliant alleges that on August 22, 2003, at the intersection of 6th Street and K Street in the District of Columbia, defendant negligently drove a motor vehicle against a motor vehicle owned by plaintiff and being operated by a Deputy United States Marshal.  Defendant has denied that the accident was caused by negligence on her part.  Plaintiff is seeking damages in the amount of $3,809.33 and costs.

Pursuant to Fed. R. Civ. P. 26(f) and LCvR 16.3, the parties submit the following report and discovery plan:

1.  <u>Likelihood Of Resolution By Dispositive Motion</u>.  It is unclear at this time whether the case can be resolved by summary judgment motions.

2.  <u>Amendment Of Pleadings/Addition of Parties</u>.  At this time, the parties do not anticipate further amending the pleadings or adding other parties.  It is unclear at this time

whether the factual or legal issues can be agreed upon or
narrowed.

3. Assignment To Magistrate Judge. The parties agree to
consent to the referral of this case to a magistrate judge.

4. Possibility Of Settlement. It is unclear at this time
whether the case can be settled.

5. Alternative Dispute Resolution. The parties have dis-
cussed the possibility of alternative dispute resolution and are
agreeable to having this case referred to mediation after the
close of discovery.

6. Dispositive Motions. At this time it is unclear whether
this case will be appropriate for complete disposition by summary
judgment. It is proposed that the parties file their summary
judgment motions, if any, within thirty days after the close of
discovery.

7. Initial Disclosures. The parties waive initial
disclosures.

8. Discovery. The parties propose a discovery period that
closes on March 30, 2007. It is unclear at this time whether a
protective order will be needed in this case.

9. Exchange Of Expert Witness Reports. There should be no
changes in the procedures relating to expert witness reports and
information. The parties believe that it would be premature at
this time to make decisions relating to expert witness deposi-

tions.  The parties believe that it is unlikely that there will
be expert witnesses in this case.

    10.  <u>Class Actions</u>.  Not applicable.

    11.  <u>Bifurcation</u>.  Trial and discovery should not be bifur-
cated.

    12.  <u>Date For Pretrial Conference</u>.  Assuming that the case
is not resolved by summary judgment, the parties propose that the
pretrial conference be held forty-five days after the close of
discovery or after the resolution of the summary judgment
motions, if any.

    13.  <u>Trial Date</u>.  The parties believe that the date for the
trial should be set at the pretrial conference.

          Respectfully submitted,
          JEFFREY A. TAYLOR, D.C. BAR #498610
          United States Attorney

          RUDOLPH CONTRERAS, D.C. BAR #434122
          Assistant United States Attorney
                /S/
          FRED E. HAYNES, D.C. BAR #165654
          Assistant United States Attorney
          555 4th Street, N.W., Room 10-445
          Washington, D.C. 20530
          (202) 514-7201

          Attorneys for Plaintiff

          Signed by authorization
          JUDD A. RAFEY, D.C. Bar #4441785
          962 Wayne Avenue, Suite 200
          Silver Spring, MD 20910
          (301) 587-9626

          Attorney for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
                                    )
UNITED STATES OF AMERICA,           )
                                    )
          Plaintiff,                )
                                    )
     v.                             )
                                    )    Civil Action No. 06-1361 CKK
                                    )
RUTH J. GANTT,                      )
                                    )
          Defendant.                )
                                    )
```

SCHEDULING ORDER

UPON CONSIDERATION of the joint report submitted by the parties under LCvR 16.3, it is this _____ day of _____, 2007, ORDERED:

1.  That initial disclosures in this case are waived.

2.  The case will be referred to mediation after the close of discovery.

3.  Discovery will be concluded by March 30, 2007.

4.  Summary judgment motions, if any, will be filed no later than April 30, 2007.

5.  The pretrial conference will be held forty-five days after the close of discovery or after the resolution of the summary judgment motions, whichever is later.

_____
UNITED STATES DISTRICT JUDGE

Copies to counsel of record