UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>RUTH J. GANTT,<br><br>　　　Defendant. | Civil Action No. 06-1361 (JMF) |

**ORDER**

All matters, including scheduling, in the above captioned case should be addressed to the law clerk assigned to this action:

**E. Michelle Tupper, Esq.**　　　202/354-3135

Please be advised that the above-case has been assigned to the undersigned for **all purposes including trial.**

Counsel are reminded that they shall not address substantive matters in correspondence to the undersigned pursuant to Local Rule 5.1(b). All such correspondence will not be reviewed by the undersigned but will be returned immediately. Counsel are permitted to address scheduling and other non-substantive matters to chambers via correspondence or telephone.

January 22, 2007

　　　　　　　　　　　　　　　　　　　　　　　　　JOHN M. FACCIOLA
cc:　Counsel　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE
　　　Judge
　　　Files
　　　Chambers