UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_United States of America_ )
Plaintiff(s) )
 )
 )
v. )   Civil Action No. _06-1361_
 )
 )
_Ruth J. Gantt_ )
Defendant(s) )

## CONSENT TO PROCEED BEFORE
## A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES

In accordance with the provisions of 28 U.S.C. § 636(c)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial.

_____    _5/12/07_
Attorney for the Plaintiff(s)    Date
_Fred E. Haynes, AUSA_

_____    _5/15/07_
Attorney for the Defendant(s)    Date
_Judd R. Katz_

NOTICE:    The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.

### ORDER OF REFERENCE

IT IS HEREBY ORDERED that the above-captioned matter be referred to a United States Magistrate Judge for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c)(3) and the foregoing consent of the parties.

_Colleen Kollar-Kotelly_    _May 15, 2007_
United States District Judge    Date

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE.

CO-942B
Rev 3/95