UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>  c/o United States<br>  Attorney's Office,<br>  District of Columbia,<br>  555 4th Street, N.W.,<br>  Washington, D.C. 20530,<br><br>        Plaintiff,<br><br>    v.<br><br>RUTH J. GANTT,<br>  818 K Street, N.E.<br>  Washington, D.C.,<br><br>        Defendant. | FILED<br>AUG 1 6 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT<br><br><br>Civil Action No. 06-1361 JMF |

### STIPULATION FOR COMPROMISE SETTLEMENT

It is hereby stipulated by and between the United States and Ruth J. Gantt, defendant, by and through their respective attorneys, as follows:

1. The parties do hereby agree to settle and compromise the above-entitled action under the terms and conditions set forth herein.

2. Ruth J. Gantt, defendant, agrees to pay to the United States the sum of $1,905, which sum shall be in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from, and by reason of any and all known and unknown, foreseen and unforeseen bodily and personal injuries, damage to property and the consequences thereof, resulting, and to result, from the same

subject matter that gave rise to the above-captioned lawsuit, which plaintiff now has or may hereafter acquire against the defendant.

3. Plaintiff hereby agrees to accept the sum of $1,905 in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from, and by reason of any and all known and unknown, foreseen and unforeseen bodily and personal injuries, damage to property and the consequences thereof which it may have or hereafter acquire against defendant on account of the same subject matter that gave rise to the above-captioned lawsuit.

4. This stipulation for compromise settlement shall not constitute an admission of liability or fault on the part of the defendant and is entered into by both parties for the purpose of compromising disputed claims and avoiding the expenses and risks of litigation.

5. It is also agreed, by and among the parties, that the settlement amount of $1,905 represents the entire amount of the compromise settlement and that the respective parties will each bear their own costs, fees, and expenses.

6. Payment of the settlement amount will be made by a check made payable to the Treasury of the United States for $1,905.

7. In consideration of the payment of $1,905 as set forth above, the above-styled action shall be dismissed with prejudice

from the docket of the Court.

Executed this 15th day of August, 2007.

*Jeffrey A. Taylor/dwb*
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

*Rudolph Contreras/dwb*
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

*Fred E. Haynes*
FRED E. HAYNES, DC Bar #165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
202.514.7201

Attorneys for Plaintiff

*Judd A. Rafey*
JUDD A. RAFEY, D.C. Bar #4441785
962 Wayne Avenue, Suite 200
Silver Spring, MD 20910
(301) 587-9626

Attorney for Defendant

SO ORDERED: *John M. Facciola*
UNITED STATES MAGISTRATE JUDGE

DATE: 08/16/07